PHILLIP A. TALBERT
United States Attorney
CODY S. CHAPPLE
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TIONTE MARCEL BEARD,<br><br>Defendant. | CASE NO. 1:24-CR-000077-JLT-SKO<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |

The parties stipulate as follows:

1. The indictment was filed in this district on April 18, 2024, and the defendant had his arraignment and plea on indictment the following day on April 22, 2024. [ECF 10.] The defendant was detained and remains in custody. [ECF 11.] The Court scheduled a status conference on May 29, 2024, and excluded time.

2. On April 25, 2024, the government produced initial discovery.

3. On May 6, 2024, the government made a plea offer to the defendant.

4. Now, the parties agreed to continue the status conference from May 29, 2024, to August 7, 2024, to further provide defendant with reasonable time necessary for effective preparation, so that the defendant can review the discovery, and for defendant to consider a pre-trial resolution of the case.

5. The parties agree that the interests of justice served by granting this continuance outweigh

1

the best interests of the public and the defendant in a speedy trial. The parties also agree that the period from May 29, 2024, through August 7, 2024, should be excluded. Fed. R. Crim. P. 17.1; 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS SO STIPULATED.

Dated:  May 20, 2024

PHILLIP A. TALBERT
United States Attorney

*/s/ Cody Chapple*
Cody Chapple
Assistant United States Attorney

Dated:  May 20, 2024

*/s/ Ernest Scott Kinney*
Ernest Scott Kinney
Counsel for TIONTE MARCEL BEARD

## ORDER

The Court has read and considered the parties' stipulation to further continue the status conference and exclude time. The Court finds there is good cause for the continuance so as to allow the defendant reasonable time to complete his review of the discovery and fully consider a pre-trial resolution of the case. The Court also finds that the interests of justice served by granting the continuance outweigh the interests of the public and the defendant in a speedy trial.

Therefore, for good cause shown:

1. The status conference is continued from May 29, 2024, until **August 7, 2024, at 1:00 p.m. before Magistrate Judge Sheila K. Oberto**; and

2. The period from May 29, 2024, through August 7, 2024, shall be excluded pursuant to Fed. R. Crim. P. 17.1; 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS SO ORDERED.

DATED: 5/20/2024

*Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28