ERNEST S. KINNEY #207234
Attorney at Law
2014 TULARE ST., STE. 300
Fresno, CA  93721
Telephone: (559) 905-1259
Email: Eskinneylaw@gmail.com

Attorney for Defendant TIONTE BEARD

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>TIONTE BEARD<br>　　　　Defendant. | No.  1:24-CR-00077-JLT-SKO<br><br>**MOTION TO TERMINATE CJA APPOINTMENT OF ERNEST S. KINNEY AS ATTORNEY OF RECORD AND ORDER** |

　　　　On 4-14-2024, an order re appointment was signed by Magistrate Sheila K. Oberto.  CJA Panel Attorney Ernest S. Kinney was appointed as trial counsel to represent Mr. Beard in his criminal case.  Mr. Tionte Beard was sentenced [pursuant to a plea agreement] on 3-3-2025.  The time for filing a direct appeal was 3-17-2025.  No direct appeal was filed.   Mr. Tionte Beard was in custody at sentencing.  The trial phase of Mr. Tionte Beard's criminal case has, therefore, come to an end.   Having completed his representation of Mr. Tionte Beard.  CJA attorney Ernest S. Kinney now moves to terminate his appointment under the Criminal Justice Act.

　　　　Should Mr. Tionte Beard require further legal assistance he has been advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare

Street, Suite 330, Fresno, CA 93721, or by phone at (559) 487-5561 (collect) or (855) 656-4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist him.

Dated: April 30, 2025                                         Respectfully submitted,

                                        /s/Ernest S. Kinney
                                        Attorney for
                                        Defendant, Tionte Beard

## ORDER

Having reviewed the notice and found that attorney Ernest S. Kinney has completed the services for which he was appointed, the Court hereby grants attorney Ernests S. Kinney's request for leave to withdraw as defense counsel in this matter. Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721. The phone number for the office is (559) 487-5561 (collect) or (855) 656-4360 (toll-free). If appropriate, the office will arrange for the reappointment of counsel to assist Defendant.

The Clerk of Court is directed to serve a copy of this order on Defendant Tionte Beard at the following address and to update the docket to reflect Defendant's pro se status and contact information.

Tionte Beard
Central Valley Annex
245 Taylor Road
McFarland, CA  93250


IT IS SO ORDERED.

Dated: __**May 1, 2025**__                                         _/s/ Jennifer L. Thurston_
                                                                                    UNITED STATES DISTRICT JUDGE